1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

DON GAYNOR; NANCY GAYNOR,

Case No.:  21cv777-NLS

12

Plaintiffs,

**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE**

13

v.

14

CHAD SLADE; LINDA McCRAKEN; and DOES 1 through 30, inclusive,

15

16

Defendants.

17

18

On November 16, 2022, the Court held the final pretrial conference in this matter.

19

In accordance with the discussion at the conference, the Court **ORDERS** as follows:

20

    **1.**    **Trial Scheduling**

21

        a.  Trial is set to begin <u>**January 23, 2023**</u> (courtroom to be determined).

22

        b.  **Trial Day**:  For each day of trial, the parties shall be ready to address

23

administrative matters at 8:45 a.m.  Trial will begin promptly at 9:00

24

a.m.  The Court will recess for 15 minutes at 10:15a.m. and 3:00

25

p.m. and will take a lunch break from 12:00 until 1:00.  The trial day

26

will conclude at 4:00pm.

27

        c.  **Time Limits**:  Each party will have 10 hours to put on their case and

28

oppose the other party's case.  Time limits include opening

statements, direct and cross-examination, and closing argument. Regarding evidentiary objections, the Court will charge time against the party losing the objection.

d.  **Motions in Limine**: Before filing any motions in limine, parties must meet and confer and attempt to resolve their disputes.  All motions in limine shall be filed no later than **January 6, 2023**. Written opposition to in limine motions shall be filed no later than **January 13, 2023**.  The Court will hold a hearing on the motions in limine on **January 18, 2023** at **10:00 a.m.** (courtroom to be determined).

e.  **Trial briefs**:  no longer than 20 pages, shall be served and filed no later than **January 6, 2023**.

2.  **Final Exhibit List**

a.  No later than **January 17, 2023**, the parties shall lodge a final list of all exhibits they plan to introduce at trial (except those to be used solely for impeachment).  Counsel must meet and confer regarding a sequential numbering system that will be used for these exhibits throughout the trial.  Exhibits shall be marked as "Court Exhibit No. ___ as opposed to Plaintiff's or Defendant's No. ___.  Plaintiff shall choose a number range based on the number of exhibits they plan to introduce (e.g., 1-50) and defendants shall begin their number range beyond that range, (e.g., at 100).  If the pages of an exhibit are not numbered internally and it is necessary to identify pages of an exhibit, then each page must receive a page number designation preceded by the exhibit number (e.g., Exhibit No. 100-2, 100-3).

3.  **Final Witness List**

a.  No later than **January 17, 2023**, the parties shall lodge the final list of witnesses they expect to call at trial.

4. **Revised Final Pretrial Order**

    a. No later than **<u>January 17, 2023</u>**, the parties shall lodge a revised pretrial conference order, in conformance with the Court's Orders at the Pretrial Conference.

5. **Conduct of the Trial**

    a. **The Court expects counsel and witnesses to be on time.**

    b. **Witnesses:** Counsel must have their witnesses at court on the date they are expected to testify. Absent extraordinary circumstances, the court will not delay a trial because a witness is not present. The Court will permit witnesses to testify out of sequence, if necessary. Counsel shall promptly alert the court to any scheduling problems involving witnesses.

    c. **Authentication of Documents**: Counsel should waive authentication evidence of documents where authentication is not an issue.

    d. **Discovery Materials**: If depositions, requests for admission, interrogatory responses or any other discovery responses are to be used in lieu of live testimony at trial, the parties shall submit the excerpts to be used to opposing counsel. Such excerpts must be included in the parties' Final Exhibit list.

    e. **Damages**: Each party seeking monetary damages shall prepare a summary of the documentary evidence supporting the damages sought, which shall be included in the exhibit list and submitted at rial in lieu of the underlying documentary evidence.

    f. **Organization of Exhibits:** In document intensive cases, counsel should put all documents in a tabbed notebook for easy reference by the witness and the Court.

g. **Courtesy:**  Be courteous and respectful at all times.  Counsel may expect such from the Court, and the Court expects such from Counsel.  Please be familiar with and abide by Civil Local Rule 2.1.

All non-conflicting provisions of the Court's August 4, 2021, Scheduling Order Regulating Discovery and Other Pretrial Proceedings shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  November 17, 2022

Hon. Nita L. Stormes
United States Magistrate Judge

21cv777-GPC (NLS)