UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON GAYNOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAD SLADE, et al., <br><br> Defendants. | Case No.: 21-cv-0777-SBC <br><br> **ORDER (1) TO SHOW CAUSE AND (2) SETTING STATUS CONFERENCE** |

On November 22, 2022, Defendants Chad Slade and Linda McCracken filed a Notice of Bankruptcy Stay ("Notice"), in which they reported that they had filed a bankruptcy petition pursuant to Chapter 7 of the United States Code. (Notice, ECF No. 44.) Attached to the Notice were copies of Defendants' Chapter 7 Voluntary Petition for Individuals and the bankruptcy court docket, reflecting that Defendants filed for bankruptcy on November 18, 2022, in Case No. 3:22bk02976 in the United States Bankruptcy Court, Southern District of California. (*Id.* at Exs. A & B.) On November 29, 2022, the Honorable Nita L. Stormes issued an order directing the parties to contact the

1

Court within three days of the lifting of the bankruptcy stay to reset dates as necessary. (ECF No. 46.)[1]

Defendants' bankruptcy proceeding was closed on March 6, 2023. (*See* Docket, *In re McCracken*, Case No. 3:22bk02976 (Bankr. S.D. Cal).) The parties, however, failed to contact the Court as directed.

Accordingly, the Court **ORDERS** as follows:

1. On or before **May 3, 2024**, each party shall file a declaration showing cause as to why the party failed to comply with the Court's November 29, 2022 order requiring the parties to contact the Court within three days of the bankruptcy stay being lifted.

2. An attorneys-only telephonic Status Conference is set for **May 8, 2024**, at **2:00 p.m.** before Magistrate Judge Chu. For purposes of the conference, counsel shall call the Court's teleconference line at (888) 808-6929 and enter access code 4485722.

3. If a joint motion to dismiss this case is filed in advance of the above dates, the Order to Show Cause and Status Conference will be vacated.

**IT IS SO ORDERED**.

Dated: April 25, 2024

Hon. Steve B. Chu
United States Magistrate Judge

---

[1] This matter was transferred to the undersigned on July 6, 2023. (ECF No. 48.)